DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUAN VALDEZ,**
Appellant,

v.

**CITY OF DELRAY BEACH,**
Appellee.

No. 4D2024-1242

[October 16, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. Reid Parker Scott, II, Judge; L.T. Case No. 502020CA014202XXX.

Isidro M. Garcia of Garcia Law Firm, P.A., West Palm Beach, and Lisa P. Glass of Glass Law Office, P.A., Boca Raton, for appellant.

Laura K. Wendell and Eric P. Hockman of Weiss Serota Helfman Cole & Bierman, P.L., Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY, J., and EWEN, LILLIAN, Associate Judge, concur.

\*   \*   \*

***Not final until disposition of timely-filed motion for rehearing.***